# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES E. AKINS, et al.,          )
                                           )
              Plaintiffs,     )
                                           )
              v.                )  **Civil Case Nos. 92-1864, 00-1478,**
                                           )    **03-2431 (RJL)**
FEDERAL ELECTION COMMISSION,  )
                                           )
              Defendant.     )
                                           )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 6ᵗʰ day of September, 2010, hereby

**ORDERED** that the plaintiffs' Motion for Summary Judgment is **DENIED** [#84 in No. 92-1864, #14 in No. 00-1478, #26 in No. 03-2431]; and it is further

**ORDERED** that the defendant's Cross-Motion for Summary Judgment [#85 in No. 92-1864, #15 in No. 00-1478, #27 in No. 03-2431] is **GRANTED**; and it is further

**ORDERED** that the above-captioned cases be **DISMISSED** with prejudice.

**SO ORDERED.**

                                                      
RICHARD J. LEON
United States District Judge